IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLACK GOLD ENERGY, LLC                                              PLAINTIFF

v.                                         CIVIL ACTION NO. 1:15-cv-00038-GHD-DAS

JOSEPHINE HOLLEY                                                    DEFENDANT

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion issued this day, Defendant's motion to dismiss [4] brought pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is DENIED.

SO ORDERED, this, the 14th day of May, 2015.

_____
SENIOR U.S. DISTRICT JUDGE