IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BLACK GOLD ENERGY, LLC                                   PLAINTIFF

v.                                        CIVIL ACTION NO. 1:15-cv-00038-GHD-DAS

JOSEPHINE HOLLEY                                      DEFENDANT

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court ORDERS that Defendant's motion for summary judgment [47] is DENIED, and this matter shall proceed to trial.

SO ORDERED, this, the 19th day of September, 2016.

_____
SENIOR U.S. DISTRICT JUDGE